

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**GEORGIA M. PESTANA**
*Corporation Counsel*

**BILAL HAIDER**
*Senior Counsel*
Phone: (212) 356-3549
Fax: (212) 356-3509
bhaider@law.nyc.gov

September 20, 2021

**VIA FIRST CLASS MAIL & E-MAIL**
Fred Lichtmacher, Esq.
*Attorney for Plaintiff*
The Law Office of Fred Lichtmacher P.C.
116 West 23rd Street Suite 500
New York, NY 10011
212-922-9066
Fax: 212-922-9077
Email: empirestatt@aol.com

Re:    Kevin Jiang v. Briana Corpuz, et al.,
       19-CV-5664 (RPK)(ST)

Dear Mr. Lichtmacher:

I am a Senior Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for defendants Celona and Alartosky in the above referenced action. Please find enclosed (1) a Notice of Motion for Summary Judgment, (2) a Memorandum of Law in Support of Defendants Celona's and Alartosky's Motion for Summary Judgment Pursuant to Rule 56, (3) Defendants Celona's and Alartosky's Statement of Undisputed Facts Pursuant to Local Rule 56.1, and (4) the Declaration of Bilal Haider in Support of Defendants Celona's and Alartosky's Motion for Summary Judgment, including all annexed exhibits.

Sincerely,

*Bilal Haider* /s

Bilal Haider
Senior Counsel
Special Federal Litigation Division
100 Church Street, Room 3-235
New York, New York 10007
(212) 356-3549
bhaider@law.nyc.gov

Encs.

cc:     <u>VIA ECF (w/out encs. pursuant to the Court's Individual Practice Rules)</u>
        Honorable Rachel P. Kovner
        United States District Judge
        Eastern District of New York
        225 Cadman Plaza East
        New York, NY 11201

        <u>VIA FIRST-CLASS MAIL & E-MAIL (w/encs.)</u>
        Steven M. Warshawsky
        *Attorney for Defendant Briana Corpuz*
        Law Firm of Steven M. Warshawsky
        100 South Bedford Road, Suite 340
        Mount Kisco, New York 10549
        914-514-2329
        Email: smw@warshawskylawfirm.com