# Law Firm of Steven M. Warshawsky
www.warshawskylawfirm.com

100 South Bedford Road, Suite 340  
Mount Kisco, New York 10549

Tel: (914) 514-2329  
Email: smw@warshawskylawfirm.com

September 20, 2021

**VIA ELECTRONIC MAIL ONLY**
Fred Lichtmacher, Esq. (empirestatt@aol.com)
   *Counsel for Plaintiff Jiang*
Bilal Haider, Esq. (bhaider@law.nyc.gov)
   *Counsel for Defendants Celona and Alartosky*

   Re: **Kevin Jiang v. Briana Corpuz, et al.**
      <u>19-CV-5664 (RPK) (ST) (EDNY)</u>

Dear Counsel:

  Attached via email is Defendant Corpuz's motion for summary judgment.

  The following pleadings are attached to this email:

   Notice of Motion
   Local Civil Rule 56.1 Statement of Undisputed Facts
   Declaration of Steven M. Warshawsky (exhibits)
   Memorandum of Law

  The following exhibits are referred to in the motion:

   Exh 1 – Second Amended Complaint
   Exh 2 – Kevin Jiang Deposition (excerpts)
   Exh 3 – Briana Corpuz November 2020 Deposition (excerpts)
   Exh 4 – Briana Corpuz March 2021 Deposition (excerpts)
   Exh 5 – Robert DiStasio Deposition (excerpts)
   Exh 6 – Robert Alartosky Deposition (excerpts)
   Exh 7 – Shawn Johnston Deposition (excerpts)
   Exh 8 – Carolyn Celona Deposition (excerpts)
   Exh 9 – John Breheny Deposition (excerpts)
   Exh 10 – Declaration of Briana Corpuz
   Exh 11 – SJU Videotape Bent Hall Exterior*
   Exh 12 – SJU Videotape Back of Newman Hall*
   Exh 13 – SJU Videotape Carnesecca Arena*
   Exh 14 – Conaghan-Corpuz Recorded Telephone Call*
   Exh 15 – Corpuz-Conaghan Text Message

        Exh 16 – Jiang cell phone call history
        Exh 17 – Pl Interrogatory Responses

    I will send the exhibits to you – except for the surveillance videos and the recorded telephone call, which you already should have copies of – via the We Transfer online app.  Please watch your inbox for an email with a link from We Transfer.  When I file the fully-briefed motion in court, I will provide the recordings to the court on a disk (unless otherwise instructed by chambers).

                Yours truly,

                *Steven M. Warshawsky*

                Steven M. Warshawsky
                *Attorney for Briana Corpuz*