The Law Office of Fred Lichtmacher P.C.
116 West 23rd Street Suite 500
New York, New York 10011
(212) 922-9066
**during the Pandemic Please Use (646) 318-3806**
empirestatt@aol.com

October 20, 2021

LaDonna Sharde Sandford
New York City Law Department
Office of the Corporation Counsel
*For Detectives Celona* and Alartosky
lsandfor@law.nyc.gov
&
Steven M Warshawsky
Law Firm of Steven M. Warshawsky
for Briana Corpuz
smw@warshawskylawfirm.com
**Via ECF**

**Re: Jiang v. Corpuz et al., 19-cv-05664-RPK-ST**

Counselors:

      I represent the Plaintiff in the above-entitled matter. Being served on you at this time are Plaintiff's memorandum in opposition to Summary Judgment, Plaintiff's two 56.1 responses, Attorney Fred Lichtmacher's Declaration and Exhibits 1-10 in support of Plaintiff's opposition to Defendants' motions.

                                                      Very Truly yours,

                                                              /s/

                                                     Fred Lichtmacher