UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

KEVIN JIANG,

                                        Plaintiff,

          -against-

BRIANA CORPUZ,
NYPD DETECTIVE CAROLYN CELONA,
NYPD DETECTIVE ALARTOSKY,

                                        Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

19-CV-5664 (RPK) (ST)

       **PLEASE TAKE NOTICE** that upon defendants Carolyn Celona and Robert Alartosky Memorandum of Law dated September 20, 2021, the Declaration of Assistant Corporation Counsel Bilal Haider dated September 20, 2021 and the exhibits annexed thereto, the annexed Local Rule 56.1 Statement, and upon all prior pleadings and proceedings had herein, defendants Carolyn Celona and Robert Alartosky will move this Court, before the Honorable Rachel P. Kovner, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, as soon as counsel may be heard, for an Order, pursuant to Fed. R. Civ. P. 56 granting summary judgment in favor of defendants Carolyn Celona and Robert Alartosky on the grounds that no genuine issue of material facts exists to warrant a trial on all of plaintiff's claims, and for such other and further relief as the Court deems just and proper.

       **PLEASE TAKE FURTHER NOTICE** that plaintiff's opposition papers, if any, should be served on the undersigned on or before October 20, 2021; and

**PLEASE TAKE FURTHER NOTICE** that defendants' Celona's and Alartosky's reply papers, if any, shall be served on or before November 3, 2021.

Dated:   New York, New York
September 20, 2021

GEORGIA M. PESTANA
Corporation Counsel of the City of New York
*Attorney for Defendants Celona and Alartosky*
100 Church Street
New York, New York 10007

By:   *Bilal Haider* /s
Bilal Haider
Senior Counsel
Special Federal Litigation Division
(212) 356-3549
bhaider@law.nyc.gov

cc:   **VIA FIRST-CLASS MAIL & E-MAIL**
Fred Lichtmacher, Esq.
*Attorney for Plaintiff*
The Law Office of Fred Lichtmacher P.C.
116 West 23rd Street Suite 500
New York, NY 10011
212-922-9066
Fax: 212-922-9077
Email: empirestatt@aol.com

Steven M. Warshawsky
*Attorney for Defendant Briana Corpuz*
Law Firm of Steven M. Warshawsky
100 South Bedford Road, Suite 340
Mount Kisco, New York 10549
914-514-2329
Email: smw@warshawskylawfirm.com