UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

KEVIN JIANG,

                                              Plaintiff,

               -against-

BRIANA CORPUZ,
NYPD DETECTIVE CAROLYN CELONA,
NYPD DETECTIVE ALARTOSKY,

                                              Defendants.

**DECLARATION OF BILAL HAIDER IN SUPPORT OF DEFENDANTS CELONA'S AND ALARTOSKY'S MOTION FOR SUMMARY JUDGMENT**

19-CV-05664 (RPK)(ST)

------------------------------------------------------------------------X

       **Bilal Haider,** an attorney duly admitted to practice in the State of New York and in the United States District Court for the Eastern District of New York, declares, pursuant to 28 U.S.C. §1746, under penalty of perjury, that the following is true and correct:

       I am a Senior Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for Defendants Carolyn Celona s/h/a NYPD DETECTIVE CAROLYN CELONA ("Defendant Celona"), and Robert Alartosky s/h/a NYPD DETECTIVE ALARTOSKY ("Defendant Alartosky"). As such, I am familiar with the facts and circumstances stated below. I submit this declaration in support of Defendants' Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

      1.    Annexed as Exhibit "A" is a true and accurate copy of the Second Amended Complaint filed on June 7, 2021.

      2.    Annexed as Exhibit "B" is a true and accurate copy of the St. John's University Incident Tracking Report for the March 26, 2019 incident.

      3.    Annexed as Exhibit "C" is a true and accurate copy of the New York City Police Department ("NYPD") Complaint Report for the March 26, 2019 incident.

4. Annexed as Exhibit "D" is a true and accurate copy of excerpts of the deposition transcript of non-party, Robert Distasio ("Complaining Victim"), which was taken on November 25, 2020. At his deposition the Complaining Victim described the facts and circumstances related to the incident that occurred on March 26, 2019 on St. John's University Campus, were he was almost hit by a car; and his subsequent identification of Plaintiff in a photo array.

5. Annexed as Exhibit "E" is a true and accurate copy of a screenshot of text messages between Defendant Briana Corpuz ("Corpuz") and Officer Christopher Conaghan ("Officer Conaghan") on March 26, 2019, wherein Defendant Corpuz tells Officer Conaghan that Plaintiff, Kevin Jiang ("Plaintiff"), was driving her car on that date.

6. Annexed as Exhibit "F" are true and accurate copy of excerpts of the the first deposition transcript of Briana Corpuz which was taken on November 23, 2020. At her deposition Corpuz described the facts and circumstances related to the incident that occurred on March 26, 2019, when she told Officer Conaghan that Plaintiff was driving her car.

7. Annexed as Exhibit "G" is a true and accurate copy of excerpts of the deposition transcript of Plaintiff Kevin Jiang taken on November 18, 2020. At his deposition Plaintiff described the facts and circumstances surrounding the March 26, 2019 incident, and his April 4, 2019 arrest.

8. Annexed as Exhibit "H" is a true and accurate copy of excerpts of the deposition transcript of Defendant Alartosky which was taken on March 22, 2021. At his deposition Defendant Alartosky described the facts and circumstances related to the investigation that led to Plaintiff's arrest on April 4, 2019.

9. Annexed as Exhibit "I" is a true and accurate copy of the Index Sheet for the Investigative File of NYPD Complaint No. 2019-107-001476, which led to the arrest of Plaintiff on April 4, 2019.

10. Annexed as Exhibit "J" is a true and accurate copy of the NYPD Photo Array Information Report.

11. Annexed as Exhibit "K" is a true and accurate copy of the Photo Array shown to the Complaining Victim on March 28, 2019.

12. Annexed as Exhibit "L" is a true and accurate copy of the NYPD Pre-Viewing Instructions to Witness Report, which was read to and signed by the Complaining Victim.

13. Annexed as Exhibit "M" is a true and accurate copy of the NYPD Photo Array Viewing Report.

14. Annexed as Exhibit "N" is a true and accurate copy of excerpts of the deposition transcript of Detective Shawn Johnston ("Detective Johnston") which was taken on March 22, 2021. At his deposition Detective Johnston described the facts and circumstances related to administering the photo array to the Complaining Victim on March 28, 2019.

15. Annexed as Exhibit "O" is a true and accurate copy of excerpts of the deposition transcript of Defendant Celona which was taken on November 24, 2020. At her deposition Defendant Celona described the facts and circumstances regarding Plaintiff's arrest on April 4, 2019.

16. Annexed as Exhibit "P" is a true and accurate copy of the NYPD Arrest Report related to Plaintiff and his April 4, 2019 arrest.

17. Annexed as Exhibit "Q" is a true and accurate copy of the Queens County Criminal Court file in the matter of <u>People of the State of New York v. Kevin Jiang</u>, Docket No. CR-011147-19QN.

Dated:   New York, New York
         September 20, 2021

                                                                          GEORGIA M. PESTANA
                                                                          Corporation Counsel of the City of New York
                                                                          *Attorney for Defendants Celona and Alartosky*
                                                                          100 Church Street
                                                                          New York, New York 10007


                                              By:   *Bilal Haider* /s
                                                        Bilal Haider
                                                        Senior Counsel
                                                        Special Federal Litigation Division
                                                         (212) 356-3549
                                                        bhaider@law.nyc.gov

CC:   **VIA FIRST-CLASS MAIL & E-MAIL**
      Fred Lichtmacher
      *Attorney for Plaintiff*
      116 West 23rd Street, Floor 5
      New York, New York 10011
      212-922-9066
      Fax: 212-922-9077
      Email: empirestatt@aol.com

      Steven M. Warshawsky
      *Attorney for Defendant Briana Corpuz*
      Law Firm of Steven M. Warshawsky
      100 South Bedford Road, Suite 340
      Mount Kisco, New York 10549
      914-514-2329
      Email: smw@warshawskylawfirm.com