# EXHIBIT B



# INCIDENT TRACKING REPORT

| Incident Number | Incident Date | Incident Time |
|---|---|---|
| I1081700 | 3/25/2019 | 7:09:00 PM |

Violation: TRAFFIC/PARKING VIOLATIONS
Susp. Violation: TRAFFIC/PARKING VIOLATIONS
Attempted: ☐
Location: On Campus - not in Residence   Campus: Queens Campus
Building: Marillac Hall   Room No: FRONT OF

Summary of the Incident

Complainant states a vehicle driving at a high rate of speed almost hit him.

Public Safety narrative of the Incident:

Present at Public Safety ▮▮▮▮▮ states that while walking in the roadway in front of Marillac Hall, a small white car NY plates JEM3529 was driving at a high rate of speed towards him. The complainant proceeded to walk to his car in the Alumni Lot as he approached the alumni lot, the same white car drove towards him at a high rate of speed. The complainant had to dive out of the way to avoid being struck. NYPD notified. Plate is registered to Briana Corpuz who was seen being dropped off in front of Marillac. Briana Corpuz is also using a 2016 Parking permit which belonged to a former student see TZ Flex Print out. 107 Pct. on scene and report was taken.

Photo of the license plate is attached to the original report.

Incident was placed onto a disk. It will be stored in Director Breheny's office.

ADDENDUM: 03/26/2019
Police Officer Conaghan, 107 precinct informed QAI Danca that he contacted the registered owner of the vehicle, Briana Corpuz. Student Corpuz informed the officer that her current SJU boyfriend Kevin Jiang was driving her vehicle on 03/25/2019.
QAI Danca obtained a copy of the NYPD Complaint report # 2019-107-001476 which has been attached to the original report.

ADDENDUM: 03/26/2019 2045 HRS
Detective Alartosky, 107 Detective Squad was present at public safety requesting a copy of the cctv video. QAI Danca honored Detective Alartosky's request.

ADDENDUM: 04/01/2019 1605 HRS
QAI Danca contacted Kevin Jiang and scheduled an appointment for him to come into public safety at 1400 hours on 04/04/2019.

ADDENDUM: 04/04/'2019 1400 HRS
Student Kevin Jiang was present at public safety where he was interviewed by AD Johnson and QAI Danca. Student Jiang was asked if had been driving on campus last week which he replied "No I wasn't." QAI Danca asked if he knows Briana and if he has driven her car before and he stated "I know her as Briana C and I have driven her Mazda last semester not her Infiniti." Student Jiang states on 03/25/2019 student Briana called him and told him "if anyone asks if you were driving my car say you were."

Detective Celona, 107 Dectective Squad was present and escorted student Jiang to the 107



## INCIDENT TRACKING REPORT

| Incident Number | Incident Date | Incident Time |
|---|---|---|
| I1081700 | 3/25/2019 | 7:09:00 PM |

precinct where he was arrested for Reckless Endangerment Felony.

Student Jiang left his knapsack and the following property with public safety, voucher # 19-.306
Knapsack
Book
$2 bill
Iphone
Lenovo laptop

ADDENDUM: 04/05/2019 1330 HRS
Student Jiang was present at public safety where he retrieved his property from voucher 19-306. The property log was noted.

Jack Flynn was notified that student Jiang returned to campus and requested public safety escort him to his office. Mr. Flynn's request was honored.

| Incident Reported By: | Joseph Difilippi | 93357457 | 3/25/2019 8:00:00 PM |
|---|---|---|---|
| | Name | Card ID No. | Date & Time |

**Person/s involved in the incident:**

| Card ID No | First Name | Last Name | Phone No. | Involvement Type |
|---|---|---|---|---|
| ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | Complainant |
| 93265979 | Briana | Corpuz | 646 4272338 | Other |
| 93241689 | Kevin | Jiang | | Accused Student |

**Incident Responded By:**

| Name | Position | Department |
|---|---|---|
| Joseph Difilippi | Officer | Public Safety |

**Incident Involved Vehicle/s:**

| Lic. Plate | State | Manufacturer | Model | Year | Driver Name |
|---|---|---|---|---|---|
| JEM3529 | NY | Infiniti | Q50 | | |