# EXHIBIT C

# New York City Police Department
## Omniform System - Complaints

| Report Cmd: 107 | Jurisdiction: N.Y. POLICE DEPT | ICAD#: | Record Status: Final, Initial Arrests made | Complaint #: 2019-107-001476 | No Other Legacy Blue Versions | Complaint Revisions: View All Versions 0 1 2 |

**Occurrence Location:** INSIDE OF 80-00 UTOPIA PARKWAY
**Name Of Premise:**
**Premises Type:** PARKING LOT/GARAGE (
**Location Within Premise:**
**Visible By Patrol?:** NO

**NYC Parks Dept. Property**
**Did this offense occur on NYC Parks Dept. Property?** NO
**Command:**
**NYC Parks Dept. Property Name:**

**Precinct:** 107
**Sector:** A
**Beat:**
**Post:**

**Occurrence From:** 2019-03-25 19:13 MONDAY
**Occurrence thru:** 2019-03-25  19:14
**Reported:** 2019-03-25  21:00
**Complaint Received:** RADIO

**Aided #**
**Accident #**
**O.C.C.B. #**

**Classification:** RECKLESS ENDANGER
**Attempted/Completed:** ATTEMPTED
**Most Serious Offense Is:** FELONY
**PD Code:** 117  RECKLESS ENDANGERMENT
**PL Section:** 12025
**Keycode:** 126  MISCELLANEOUS PENAL LAW

**Case Status:** CLOSED
**Unit Referred To:**
**Clearance Code:** DETECTIVE ARREST
**Log/Case #:** 0
**Clearance Arrest Id:**
**Clearance AO Cmd:**
**File #:** 20
**Prints Requested?** NO

**Is This Related To Stop And Frisk Report:** NO
**SQF Number:** 0000-000-00000
**Was The Victim's Personal Information Taken Or Possessed?:** NO
**Was The Victim's Personal Information Used To Commit A Crime?:** NO

**Gang Related?:** NO
**Detective Borough Wheel Log #:**
**Name Of Gang:**
**Child Abuse Suspected?:** NO

**DIR Required?:** NO
**Child In Common?:** NO
**Intimate Relationship?:** NO
**Officer Body Worn Camera:** YES

**If Burglary:**
Forced Entry?
Structure:
Entry Method:
Entry Location:

**Alarm:**
Bypassed?
Comp Responded?:
Company Name/Phone: --
Crime Prevention Survey Requested?:
Complaint/Reporter Present?:

**If Arson:**
Structure:
Occupied?:
Damage by:

**Taxi Robbery:**
Partition Present:
Amber Stress Light Activated:
Method of Conveyance:
Location of Pickup:

**Supervisor On Scene - Rank / Name / Command:**
**Canvas Conducted:** NO
**Translator(if used):**

**NARRATIVE:**
AT T/P/O C/V STATES HE WAS ALMOST HIT BY A VEHICLE SO C/V HIT CAR WING MIRROR. A FEW MINUTES LATER THE VEHICLE WAS WAITING FOR C/V AND WHEN C/V WAS IN ROADWAY AND VEHICLE SPED TOWARDS C/V AND SWERVED TOWARD C/V ALMOST HITTING C/V. VEHICLE PLATE #JEM35A NY. REPORTING OFFICER SPOKE TO OWNER OF CAR AND SHE GAVE INFO OF DRIVER. ST. JOHN'S SECURITY HAS CAMERA FOOTAGE.



Complaint# 2019-107-001476                                                                                                     Page 2 of 3



Version 1. CRIME RE-CLASSIFICATION
Version 2. SYSTEM GENERATED

**No NYC TRANSIT Data for Complaint # 2019-107-001476**

| Total Victims: | Total Witnesses: | Total Reporters: | Total Wanted: |
|---|---|---|---|
| 1 | 0 | 0 | 1 |

**VICTIM: # 1 of 1**  Name: D▓▓▓▓,R▓▓  Complaint#: 2019-107-001476

- Nick/AKA/Maiden:
- UMOS: NO
- Sex/Type: FEMALE
- Race: WHITE
- Age: 33
- Date Of Birth: ▓▓ 1986
- Disabled? NO
- Is this person not Proficient in English?: NO
- If Yes, Indicate Language:
- N.Y.C.H.A Resident? NO
- Is Victim fearful for their safety / life? NO
- Escalating violence / abuse by suspect? NO
- Were prior DIR's prepared for C/V? NO

- Gang/Crew Affiliation: NO
- Name:
- Identifiers:
- Will View Photo: YES
- Will Prosecute: YES
- Notified Of Crime Victim Comp. Law: YES

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | ▓▓▓▓ | ▓▓▓▓ | NEW YORK | ▓▓ | ▓▓ |

Phone #: HOME: Not Provided/Unavailable   ▓▓▓▓   BUSINESS: Not Provided/Unavailable   BEEPER: Not Provided/Unavailable
E-MAIL: Not Provided/Unavailable

Action against Victim:
Actions Of Victim Prior To Incident:
Victim Of Similar Incident: NO
If Yes, When And Where

**WANTED: # 1 of 1**   Name: JIANG, KEVIN   Complaint#: 2019-107-001476   Arrested: NO

- Nick/AKA/Maiden:
- Sex: MALE
- Race: ASIAN/PAC.ISL
- Age:
- Date Of Birth: UNKNOWN
- U.S. Citizen:
- Place Of Birth:
- Is this person not Proficient in English?: NO
- If Yes, Indicate Language:
- Accent: NO

- Height: FTIN
- Weight: 0
- Eye Color:
- Hair Color:
- Hair Length:
- Hair Style: UNKNOWN
- Skin Tone: UNKN
- Complexion: UNKNOWN
- S.S. #: 0

- Order Of Protection: NO
- Issuing Court:
- Docket #:
- Expiration Date:
- Order of Protection Violated?
- Does Suspect abuse Drugs / Alcohol? NO
- Suspect threatened /attempted suicide? NO
- Is the suspect Parole / Probation? NO
- Relation to Victim: FRIEND/ACQUAINTANCE
- Living together: NO
- Can be Identified: YES
- Gang/Crew Affiliation:
- Name:
- Identifiers:

LOCATION ADDRESS CITY STATE/COUNTRY ZIP APT/ROOM HOW LONG? RES. PCT
Phone #: HOME: - - CELL: ▓▓▓▓   BUSINESS: - - BEEPER: - - E-MAIL:
N.Y.C.H.A. Resident:   N.Y.C. Housing Employee:   On Duty:

**D000006**

| | |
|---|---|
| Development: | N.Y.C. Transit Employee: |
| **Physical Force:** | **THREATENED** |
| Used Transit System: | |
| Station Entered: | |
| Time Entered: | |
| Metro Card Type: | |
| Metro Card Used/Poses: | |
| Card #: | |

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES -UNK -UNKNOWN COLOR |
| CLOTHING | FOOTWEAR -UNK -UNKNOWN COLOR |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CLOTHING | OUTERWEAR -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**ARRESTS:**       Complaint # 2019-107-001476

| Arrest ID | Status | Defendant Name | Sex | Race | Age | Arrest Date |
|---|---|---|---|---|---|---|
| Q19612842 | ACTIVE | JIANG, KEVIN | MALE | ASIAN/PACIFIC | 21 | 04/04/2019 |

**No IMEI Data for Complaint # 2019-107-001476**

**VEHICLE: # 1 of 1**     VIN:     Complaint #: 2019-107-001476

Vehicle Was: OTHER     Vehicle Stolen/Attempted Stolen From:     Invoice #:

Plate(s):   **Vehicle**
Number of Plates: 2     Year: 0000
License Plate #: JEM3529   Make: INFINITI
State: NY     Model:
Expires: 0000     Style:
Type:     Color: WHITE
Ins. Code:
Policy #:

Recovered Prior To Alarm: NO
Alarm #:
Precinct: 000
Date:
Time:
Transmitted By:

Vehicle Condition:       Held For Forfeiture:

| Reporting/Investigating M.O.S. Name:<br>POM CONAGHAN CHRISTOPHE | Tax #:<br>963463 | Command:<br>107 PCT | Rep.Agency:<br>NYPD |
|---|---|---|---|
| Supervisor Approving Name:<br>SGT OCONOR JAMES | Tax #:<br>924723 | Command:<br>107 PCT | Rep.Agency:<br>NYPD |
| Complaint Report Entered By:<br>PAA WEEKS | Tax #:<br>315723 | Command:<br>107 PCT | Rep.Agency:<br>NYPD |
| Signoff Supervisor Name:<br>SGT RUBIN | Tax #:<br>933299 | Command:<br>107 PCT | Rep.Agency:<br>NYPD |

**END OF COMPLAINT REPORT # 2019-107-001476**

Print this Report

D000007