# EXHIBIT D

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF THE STATE OF NEW YORK

------------------------------------------ x

KEVIN JIANG,

                Plaintiff(s),     Index No.

                -against-       19-CV-05664

BRIANA CORPUZ, NYPD DETECTIVE CAROLYN

CELONA, ST. JOHN'S UNIVERSITY AND

UNIDENTIFIED SECURITY OFFICERS FROM ST.

JOHN'S UNIVERSITY PUBLIC SAFETY,

                Defendant(s).

------------------------------------------ x

    EXAMINATION BEFORE TRIAL of a Non-Party
    Witness, ROBERT P. DISTASIO, taken by the
    respective parties, pursuant to Subpoena and
    Stipulation allowing a Virtual Deposition,
    conducted via Zoom conference, on November 25,
    2020, at 10:04 a.m., before a Notary Public of
    the State of New York.

```
 1                    R. Distasio
 2   you saw?
 3        A    Yes.
 4        Q    You said that you didn't see the
 5   license plate number; is that correct?
 6        A    No, I did not.
 7        Q    Did you give a description of the
 8   person driving the car?
 9        A    Yeah, I said he was an Asian.
10        Q    Did you give any other description,
11   other than he was Asian?
12        A    No, I said he was an Asian man.
13        Q    Did you give an accurate description
14   of what you saw?
15        A    Yes.
16        Q    Were you certain about the information
17   that you were giving them?
18        A    Yes.
19        Q    It was a truthful description of what
20   you saw?
21             MR. LICHTMACHER:  Objection.
22        A    Yes.
23        Q    Were you untruthful about any of the
24   information that you gave to St. John's security
25   concerning the incident, what you observed?
```

```
 1                    R. Distasio
 2        A    Yes.
 3        Q    Was it the same description that you
 4   had previously given?
 5        A    Yes, I mean, I feel like when I was in the
 6   precinct, it was more about the lineup, when I think
 7   about it now.  You know what I mean?
 8        Q    Let's get into that then.
 9        A    Okay.
10        Q    When you were presented with the photo
11   array to possibly identify the perpetrator of
12   the crime against you, you were shown a group of
13   pictures of suspects; is that correct?
14        A    Yes, ma'am.
15        Q    You identified a suspect from those
16   pictures, correct?
17        A    Yes, ma'am.
18        Q    Before you identified the person in
19   that photo array, did an officer read
20   instructions to you about the photo array?
21        A    Yes.
22        Q    Did you sign a document entitled
23   "Photo Array Previewing Instructions to Witness
24   Report"?
25        A    Yes.
```