# EXHIBIT E

+1 (929) 291-1280 >

**iMessage**
Mar 25, 2019, 9:35 PM

> Hi I'm with my friends and I don't feel comfortable asking them to drive back also in a car filled with people I don't really know like that, so don't want to speak on the phone about what seems like a personal issue. We're carpooling to Long Island for a birthday dinner. If we could meet tomorrow that would be fine, also, what is this regarding?

Ok that should be fine. Who was driving your car when you got dropped off at class tonight?

> Kevin Jiang

There was an incident which your car and another student. I can't say over the phone

What's his date of birth?

iMessage