# EXHIBIT F

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------x
KEVIN JIANG,

                    Plaintiff,

                              19-CV-05664-MKB-ST

          -against-

BRIANA CORPUZ, NYPD DETECTIVE CAROLYN CELONA OF
ST. JOHNS UNIVERSITY AND UNIDENTIFIED SECURITY
OFFICERS FROM ST. JOHNS PUBLIC SAFETY,

                    Defendants.
------------------------------------------x


                    Video Conference


                    November 23, 2020
                    10:00 A.M.


          EXAMINATION BEFORE TRIAL of
Defendant, BRIANA CORPUZ, pursuant to Order,
before Caitrin O'Meara, a Notary Public within
and for the State of New York.
```

```
 1                       CORPUZ
 2    acquaintance of the Plaintiff, contacted Mr.
 3    Jiang and informed him she was going to be
 4    creating a false story that she had loaned the
 5    Plaintiff her car on that same date, March 25,
 6    2019."  Is that a true and accurate statement?
 7           A.      Yes.
 8           Q.      How many times did you speak with
 9    Mr. Jiang on March 25, 2019?
10           A.      Once when I called him.  It was a
11    very short and brief call.
12           Q.      What was the sum and substance,
13    the content of that conversation?
14           A.      I told him that I believed that I
15    was in trouble because Peter was driving my car
16    when he was suspended and I let him know that
17    since we always drive each other's cars if I
18    could use his name and he said that I could give
19    his name but that he wasn't going to speak to
20    anyone and that he was in a rush to go somewhere.
21           Q.      Did he consent to your giving his
22    name?
23           A.      Yes.
24           Q.      He told you, "Oh sure you can say
25    I was driving the car that day," correct?
```

```
 1                        CORPUZ
 2        A.      Yes.
 3        Q.      Is this the first contact you had
 4  with Officer Conaghan, this text message?
 5        A.      The first text message but he
 6  called me prior.
 7        Q.      So he had already called you
 8  prior to this?
 9        A.      This is after I told him I would
10  get back to him on the phone call.
11        Q.      Do you have any idea what time
12  you told him you would get back to him on the
13  phone call?
14        A.      No.
15        Q.      Was it the video we watched with
16  the recording?
17        A.      Yes.
18        Q.      How long after the phone call did
19  you send this text message if you know?
20        A.      I don't know.
21        Q.      Let's look at this, the top one
22  goes, "hi, I'm with my friends and I don't feel
23  comfortable asking them to drive back also in a
24  car filled with people I don't really know like
25  that so don't want to speak on the phone about
```

```
 1                       CORPUZ
 2    what seems like a personal issue.  We're
 3    carpooling to Long Island for a birthday dinner,
 4    if we could meet tomorrow that would be fine.
 5    Also, what is this regarding? " Did you write
 6    that?
 7             A.      Yes.
 8             Q.      Did I read that correctly?
 9             A.      Yes.
10             Q.      Is this a true and accurate
11    statement?
12             A.      Yes.
13             Q.      You were going to Long Island for
14    a birthday dinner?
15             A.      Yes.
16             Q.      Who's birthday dinner?
17             A.      Corrina.
18             Q.      A friend, nothing to do with this
19    matter?
20             A.      Yes.
21             Q.      This part I take it was written
22    by the officer, correct?
23             A.      Yes.
24             Q.      It says, "ok, that should be
25    fine.  Who was driving your car when you got
```

```
 1                      CORPUZ
 2    dropped off in class tonight?"
 3           A.      Yes.
 4           Q.      You responded, "Kevin Jiang,"
 5    correct?
 6           A.      Yes.
 7           Q.      You lied to the officer again at
 8    that point, correct?
 9           A.      With Kevin's knowledge, yes,
10    correct.
11           Q.      What?
12           A.      With Kevin's consent, yes.
13           Q.      Next seems to be from the
14    officer.  "There was an incident with your car
15    and another student, I can't say over the phone.
16    What's his date of birth."  At that point you
17    knew it was an incident involving your car and
18    another student and Peter was not a student at
19    that point, correct?
20           A.      Correct.
21           Q.      At that point, you knew that it
22    was something other than Peter driving your car
23    on the campus, didn't you?
24           A.      No because he also stated on the
25    phone earlier that they could voucher my car and
```