# EXHIBIT G

```
                                                           Page 1
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   ------------------------------------------------------------X
     KEVIN JIANG,
 3
                                        PLAINTIFF,
 4
 5              -against-              Case No.:
                                       19-CV-05664(RPK)(ST)
 6
 7   BRIANA CORPUZ, NYPD DETECTIVE CAROLYN CELONA, ST JOHNS
     UNIVERSITY and UNIDENTIFIED SECURITY OFFICERS FROM ST JOHNS
 8   PUBLIC SAFETY,
 9                                      DEFENDANTS.
     ------------------------------------------------------------X
10
11                    DATE: November 18, 2020
12                    TIME: 10:13 a.m.
13
14
15              DEPOSITION of the Plaintiff, KEVIN JIANG,
16   taken by the Defendants, pursuant to a Court Order and to
17   the Federal Rules of Civil Procedure, held via
18   videoconference at The Law Office of Fred Lichtmacher P.C.,
19   116 West 23rd Street, Suite 500, New York, New York 11001,
20   before Kenneth Perschke, a Notary Public of the State of
21   New York.
22
23
24
25
```

K. JIANG

Page 14

| | | |
|---|---|---|
| 1 | A. | No. |
| 2 | Q. | Do you have a nickname? |
| 3 | A. | No. |
| 4 | Q. | What is your date of birth? |
| 5 | A. | June 8, 1997. |
| 6 | Q. | How old were you on April 4, 2019? |
| 7 | A. | 22, I believe. |
| 8 | Q. | Where were you born? |
| 9 | A. | I was born in the U.S., New York. |
| 10 | Q. | New York City? |
| 11 | A. | Yes. |
| 12 | Q. | Which borough? |
| 13 | A. | I'm not sure, probably Brooklyn. |
| 14 | Q. | What is your ethnic background? |
| 15 | A. | I'm Chinese. |
| 16 | Q. | What is your Social Security number? |
| 17 | | MR. LICHTMACHER: Just the last four digits |
| 18 | | on the record. |
| 19 | A. | XXX-XX-6284. |
| 20 | Q. | Have you ever used any other Social Security |
| 21 | number? | |
| 22 | A. | No. |
| 23 | Q. | What is your height and weight today? |
| 24 | A. | I am 5'11, 153 pounds. |
| 25 | Q. | What was your approximate weight on April 4, |

```
1      Q.    Do you know what the model was?
2      A.    I think it was a Mazda 6.
3      Q.    Do you know the year of that car?
4      A.    No.
5      Q.    Backing up to her Infinity, did you ever ask her
6    to borrow that car?
7      A.    No.
8      Q.    When did Briana have the silver Mazda?
9      A.    I don't remember.
10     Q.    Was it before --
11     A.    It was before the Infinity.
12     Q.    Did you ever drive the silver Mazda?
13     A.    No.
14     Q.    Did you ever ask to borrow the silver Mazda?
15     A.    No.
16     Q.    Did she ever offer for you to borrow the silver
17   Mazda?
18     A.    No.
19     Q.    You said on March 25, 2019 Briana Corpuz called
20   you around 9:30 or 9:40 p.m., is that correct?
21     A.    That's correct.
22     Q.    When she called you what did she call you about?
23     A.    She saying something about her boyfriend being
24   spotted on campus and he was not supposed to be on campus
25   because he was suspended for threatening to blow up the
```

1  school or something.  She said I told them you were the one
2  driving and she wanted me to fill in some details.  She
3  essentially wanted me to say I was the driver.
4     Q.    When she said that to you what was your response?
5     A.    I said no.
6     Q.    What did she say when you told her no?
7     A.    She tried to convince me to say yes, she was like
8  no one would know, stuff like that.
9     Q.    When she continued to ask you to do it, what was
10 your response?
11    A.    I said no and then I stated the reasons for
12 saying no.  I said there were cameras at the turnstiles
13 when you drive onto campus, there's cameras pointed at the
14 car, they know who is driving.
15    Q.    How did that conversation end?
16    A.    It ended with her saying she would try to figure
17 something out.
18    Q.    What number did she call you from?
19    A.    I don't remember but I have a screen shot of it
20 somewhere.  It was a new number.
21           MR. LICHTMACHER:  Please don't pull up any
22      documents unless she asks you to.
23           MS. SANDFORD:  I will call for production of
24      the screen shot.
25           MR. LICHTMACHER:  It was produced in the