# EXHIBIT H

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
KEVIN JIANG,

                      PLAINTIFF,


       -against-        Case No.:
                      CV-05664-19


BRIANA CORPUZ, NYPD DETECTIVE CAROLYN
CELONA, ST JOHNS UNIVERSITY, and
UNIDENTIFIED SECURITY OFFICERS FROM ST
JOHNS PUBLIC SAFETY.


                      DEFENDANTS.
------------------------------------------X


          DATE: March 22, 2021
          TIME: 11:05 A.M.



     VIDEO CONFERENCE DEPOSITION of a
Non-Party Witness, DETECTIVE ROBERT
ALARTOSKY, taken by the Respective Parties,
pursuant to a Subpoena and to the Federal
Rules of Civil Procedure, before Jennifer
Scirica, a Notary Public of the State of
New York.

```
 1                   R. ALARTOSKY

 2       Q.    When did you make Detective?

 3       A.    2008 I was assigned Squad,

 4  promoted 2009.

 5       Q.    And you were at the Squad at

 6  104?

 7       A.    Correct.

 8       Q.    Where did you go after the 104?

 9       A.    To the 107th Squad.

10       Q.    Is that currently where you

11  are?

12       A.    Yes.

13       Q.    You work out of Kissena and

14  Parsons Boulevard?

15       A.    Yes, it's 71st Avenue and

16  Parsons Boulevard, correct.

17            MR. LICHTMACHER:  Off the

18       record.

19            (Whereupon, an off-the-record

20       discussion was held.)

21       Q.    Now, how did you first become

22  aware of the Kevin Jiang's case?

23       A.    I was assigned the case on, I

24  believe, March 26th.

25       Q.    March 26th of what year?
```

```
 1                    R. ALARTOSKY

 2        A.     2019.

 3        Q.     When you were assigned the

 4   case, were you Lead Detective?

 5        A.     In the case?

 6        Q.     Yes.

 7        A.     Assigned to me based on a catch

 8   order in the Squad.

 9        Q.     So, in other words, downstairs

10   they brought it up to you or you were

11   upstairs the in Detective Squad at the

12   107th?

13        A.     I'm sorry?

14        Q.     The Squad at the 107th is

15   upstairs?

16        A.     Yes.

17        Q.     It was given to you by one of

18   the officers downstairs?

19        A.     The Complaint Report was

20   generated downstairs and then there is a

21   catching order the following day based on

22   the cases that are ended Q.

23        Q.     Who was on your team at that

24   time?

25        A.     Detective Johnston, Detective
```

Page 31
March 22, 2021

```
 1                    R. ALARTOSKY

 2        A.    The same, like, a shadowy gray.

 3        Q.    What is the background like in

 4   Number Two?

 5        A.    Lighter gray.

 6        Q.    Would you describe that as

 7   white?

 8             MS. SANDFORD:  Objection, you

 9        can answer.

10        A.    Maybe I would go with a tan

11   gray.

12        Q.    Okay.  Number Three, Four,

13   Five, and Six, do they have similar

14   backgrounds?

15        A.    Yes, they are all in that gray

16   field, gray tan field.

17        Q.    Did you show this photo array

18   to Robert DiStasio?

19        A.    I did not.

20        Q.    Do you know who did?

21        A.    That would be Detective

22   Johnston.

23        Q.    He was from your team, correct?

24        A.    Yes.

25        Q.    Did you construct the photo
```

Page 52
March 22, 2021

1                R. ALARTOSKY

2        A.    I don't have any notes in front

3    of me or my DD5s, so --

4        Q.    We will take a break and look

5    at your DD5s.  Let's go to the next

6    document, please.

7              Detectives 6, do you recognize

8    this document, sir?

9        A.    Yes.

10       Q.    Is this a document generated by

11   the NYPD in the normal course of the

12   business?

13       A.    Yes.

14       Q.    Is it part of the NYPD's

15   business to generate such a document?

16       A.    Yes.

17       Q.    Now, I take it there is a list

18   of names there, are these the people who

19   were potentially used as fillers in the

20   photo array?

21       A.    Yes.

22       Q.    Where was the photo of Jiang

23   obtained from?

24       A.    Kevin?

25       Q.    Yes.

Page 53
March 22, 2021

```
 1                  R. ALARTOSKY
 2        A.    Through a computer check of the
 3   Realtime Crime Center provided with a New
 4   York State New York DMV photo.
 5        Q.    There were no previous crimes
 6   to have his photo from, mug shot from,
 7   correct?
 8        A.    Correct.
 9        Q.    Now, these gentlemen all had
10   prior, I take it, they may have had prior
11   criminal arrests; is that correct?
12              MS. SANDFORD:  Objection, you
13        can answer.
14        A.    Yes.
15        Q.    Now, just scroll down. It says,
16   "Was the procedure audio recorded" and box
17   is checked no, did you check that box?
18        A.    Yes.
19        Q.    It says reason stated, looks
20   like it says "refused," am I correct?
21        A.    Yes.
22        Q.    Is that your handwriting?
23        A.    Yes.
24        Q.    Now, there is a box it says,
25   "Was any photo altered?" and that's checked
```

DEITZ Court Reporting... A Lexitas Company
800-678-0166

Page 54
March 22, 2021

1                    R. ALARTOSKY

2    yes, correct?

3         A.    Correct.

4         Q.    It says, "If, yes, which photo"

5    and someone wrote in, "all," was that you?

6         A.    Yes.

7         Q.    The description of the

8    alteration is, I think it says, "Cut to fit

9    photo array," correct?

10        A.    Correct.

11        Q.    I can't really read this so

12   well, but in the comment section it seems

13   to say, "Hand made photo array, defendant =

14   DMV", is that right?

15        A.    Correct.

16        Q.    "Rest - photo MOA", what is

17   that, MOA?

18        A.    MGO Photo Manager.

19        Q.    Underneath is your handwritten

20   name, correct?

21        A.    Yes.

22        Q.    So, this is your handwriting on

23   this document?

24        A.    Yes.

25        Q.    Let's go to document 7.  Do you

```
 1                    R. ALARTOSKY

 2         are not ordered not to answer.

 3         A.    I'm sorry, repeat it then.

 4         Q.    Sir, I can rephrase it.  To

 5   your knowledge, are you aware of any

 6   information that Briana Corpuz provided to

 7   the NYPD that is not listed or described in

 8   one of the NYPD documents prepared in

 9   connection with this case?

10         A.    No.

11               MR. WARSHAWSKY:  I have no

12           further questions thank you.

13   EXAMINATION BY

14   MS. SANDFORD:

15         Q.    Detective Alartosky, you

16   previously testified that you were assigned

17   as the Investigating Officer in this case,

18   correct?

19         A.    Yes.

20         Q.    During your investigation, did

21   you ever speak to Kevin Jiang?

22         A.    I don't remember.

23         Q.    Did you have the opportunity to

24   interview the complaining victim in this

25   case?
```

Page 62
March 22, 2021

```
 1                    R. ALARTOSKY

 2        A.    Yes.

 3        Q.    How many times?

 4        A.    I have one documented interview

 5   with Robert.

 6        Q.    How was that interview

 7   conducted?

 8        A.    I believe in person.

 9        Q.    What did that interview entail?

10        A.    Robert just outlined the

11   incident that had occurred on that day on

12   the St. John's campus.

13        Q.    Did you have any reason to

14   doubt his veracity?

15        A.    No.

16        Q.    Why not?

17        A.    Um, based on the body of the 61

18   Complaint Report it coincided with the

19   story he was telling me.

20        Q.    Going back to the photo array

21   that you previously reviewed during this

22   deposition, what was the result of the

23   photo array?

24        A.    There was a positive hit.

25        Q.    What does that mean?
```

```
 1                    R. ALARTOSKY

 2        A.    Identification.

 3        Q.    That was a positive

 4   identification of Kevin Jiang?

 5        A.    Correct, who is Position Number

 6   Two on that photo array.

 7        Q.    After the complaining victim

 8   identified Kevin Jiang in a photo array,

 9   what happened next?

10        A.    Can you just hang on.

11        Q.    I'll rephrase my question.

12              After the complaining victim

13   identified Kevin Jiang in the photo array,

14   what happened next?

15        A.    An I card was initiated for his

16   arrest.

17        Q.    You said an I card was

18   initiated for his arrest?

19        A.    Correct.

20        Q.    At that time did you believe

21   there was probable cause to arrest Kevin

22   Jiang?

23        A.    Yes.

24        Q.    What was that probable cause

25   based on?
```

```
 1                    R. ALARTOSKY
 2        A.    The identification by the
 3   complainant on the photo array.
 4        Q.    Kevin Jiang was arrested on
 5   April 4, 2019 by Detective Caroline Celona,
 6   correct?
 7        A.    Yes.
 8        Q.    Did you ever speak to Kevin
 9   Jiang after his arrest on April 4, 2019?
10        A.    I don't remember.
11             MS. SANDFORD:  I have no more
12        questions.
13   RE-EXAMINATION BY
14   MR. LICHTMACHER:
15        Q.    Detective, you said a moment
16   ago the arrest was based on the ID by the
17   complainant and the photo array, did you
18   leave out something?
19             MS. SANDFORD:  Objection, you
20        can answer.
21        A.    The ID and the photo array,
22   that was my probable cause.
23        Q.    Did Briana Corpuz indicating he
24   was the person who was driving her car on
25   the campus have anything to do in any way
```