# EXHIBIT I

**INDEX SHEET**
**PD-113-140(190-95)-h2**

**COMPLAINT # :** 2019-107-001476
**CASE #:** 2019-424    **CASE COMMAND:** 337-DET SQD. QNS-107    **UNIT:** SQUAD    **CASE OWNER:** DT3 CAROLYN CELONA    **CASE TITLE:** I-CARD

| ITEM NO. | DATE | ITEM (Include brief description of item/subject matter) | New DD5 Approved since last DA Download | Tracking # |
|---|---|---|---|---|
| 1 | 03/26/2019 | ( INTERVIEW IN-PERSON) W/ ST. JOHN'S PUBLIC SAFETY | 03/27/2019 11:52:48 | 49191990 |
| 2 | 03/26/2019 | ( INTERVIEW TELEPHONE) W/ C/V | 03/27/2019 11:52:53 | 49192427 |
| 3 | 03/26/2019 | ( OTHER ATTACHMENTS) JEM3529 | 03/27/2019 11:52:57 | 49188713 |
| A | 03/26/2019 | ( OTHER ATTACHMENTS) JEM3529 | 03/27/2019 11:52:57 | 49188713 |
| 4 | 03/26/2019 | ( DAS IMPORT) REGSTERED OWNER | 03/27/2019 11:53:02 | 49188915 |
| B | 03/26/2019 | ( DAS IMPORT) REGSTERED OWNER | 03/27/2019 11:53:02 | 49188915 |
| 5 | 03/26/2019 | ( INTERVIEW IN-PERSON) W/ GREG DANCA AT ST. JOHN'S | 03/27/2019 11:53:08 | 49192096 |
| 6 | 03/26/2019 | ( VIDEO COLLECTED) OF INCIDENT | 03/27/2019 11:53:11 | 49193187 |
| C | 03/26/2019 | ( VIDEO COLLECTED) OF INCIDENT | 03/27/2019 11:53:11 | 49193187 |
| 7 | 03/26/2019 | ( DAS IMPORT) C/V | 03/27/2019 11:54:29 | 49193535 |
| 8 | 03/27/2019 | ( ICAD LOG REQUEST) D19032523851 | 03/27/2019 11:54:34 | 49197257 |
| 9 | 03/27/2019 | ( INTERVIEW TELEPHONE) ATT TO CONTACT REGISTERED OWNER | 03/27/2019 11:54:45 | 49197208 |
| 10 | 03/27/2019 | ( DMV PHOTO REQUEST MATERIALS PREPARED) FOR JIANG, KEVIN | 04/01/2019 16:33:05 | 49212460 |
| D | 03/27/2019 | ( DMV PHOTO REQUEST MATERIALS PREPARED) FOR JIANG, KEVIN | 04/01/2019 16:33:05 | 49212460 |
| 11 | 03/27/2019 | ( STILL IMAGES / PHOTO COLLECTED) DMV PHOTOS RECEIVED | 04/01/2019 16:33:13 | 49212755 |
| E | 03/27/2019 | ( STILL IMAGES / PHOTO COLLECTED) DMV PHOTOS RECEIVED | 04/01/2019 16:33:13 | 49212755 |
| 12 | 03/28/2019 | ( PHOTO ARRAY) SUSPECT KEVIN JIANG | 04/02/2019 11:26:12 | 49235128 |
| F | 03/28/2019 | ( PHOTO ARRAY) SUSPECT KEVIN JIANG | 04/02/2019 11:26:12 | 49235128 |

| | | | | |
|---|---|---|---|---|
| 13 | 04/01/2019 | ( DAS IMPORT) JIANG, KEVIN | 04/02/2019 11:26:25 | 49305197 |
| G | 04/01/2019 | ( DAS IMPORT) JIANG, KEVIN | 04/02/2019 11:26:25 | 49305197 |
| 14 | 04/01/2019 | ( ACTIVATE INVESTIGATION CARD) JIANG, KEVIN | 04/02/2019 11:27:04 | 49305233 |
| H | 04/01/2019 | ( ACTIVATE INVESTIGATION CARD) JIANG, KEVIN | 04/02/2019 11:27:04 | 49305233 |
| 15 | 04/04/2019 | ( CANCEL INVESTIGATION CARD) CANCEL INVESTIGATION CARD - 14627206P | 04/05/2019 11:38:53 | 49378472 |
| I | 04/04/2019 | ( CANCEL INVESTIGATION CARD) CANCEL INVESTIGATION CARD - 14627206P | 04/05/2019 11:38:53 | 49378472 |
| 16 | 04/04/2019 | ( ICARD WAS CANCELED) ICARD WAS CANCELED - 14627206P | 04/05/2019 11:38:59 | 49378473 |
| 17 | 04/04/2019 | ( CANCEL I-CARD) CANCEL I-CARD | 04/04/2019 16:06:35 | 49378493 |
| 18 | 04/04/2019 | SUSPECT APPREHENDED AT ST JOHNS PUBLIC SAFETY | 04/05/2019 17:00:47 | 49384836 |
| 19 | 04/04/2019 | ( ARREST) ARREST | 04/05/2019 17:00:53 | 49385016 |
| 20 | 04/04/2019 | ( OTHER ATTACHMENTS) SUSPECTED INTERVIEWED | 04/05/2019 17:00:56 | 49398801 |
| J | 04/04/2019 | ( OTHER ATTACHMENTS) SUSPECTED INTERVIEWED | 04/05/2019 17:00:56 | 49398801 |
| 21 | 04/04/2019 | ( INTERVIEW TELEPHONE) INTERVIEWED VICTIM | 04/05/2019 17:01:00 | 49385893 |
| 22 | 04/04/2019 | ( COURT RELATED MATERIALS) AFFIDAVIT | 04/05/2019 17:01:17 | 49385914 |
| K | 04/04/2019 | ( COURT RELATED MATERIALS) AFFIDAVIT | 04/05/2019 17:01:17 | 49385914 |
| 23 | 04/05/2019 | ( CLOSING) CLOSING ARREST | 04/05/2019 17:01:27 | 49400381 |
| 24 | 01/09/2020 | ( CASE DOWNLOAD) CASE DOWNLOAD HAS BEEN REQUESTED | 01/09/2020 13:05:26 | 55194695 |



**INVESTIGATION REVIEW WORKSHEET**

| DATE | FROM | COMMENTS |
|---|---|---|
| 03/26/2019 0844 | DD5PINK SYSTEM | THE BASIC DOZEN<br><br>* NOTIFICATION & RESPONSE TO THE SCENE<br>+ INCLUDE OBSERVATIONS<br>* INVERVIEW OF THE  1ST OFFICERS(S) ON THE SCENE |

**D000010**