# EXHIBIT J



**PHOTO ARRAY INFORMATION REPORT**

PD 373-155 (Rev. 07-17)

**THIS FORM MUST NOT BE SHOWN TO THE WITNESS**

The Photo Array:

- This form will be prepared by the Case Detective and will not be shown to the witness or the Administrator of the photo array.
- The original photo array MUST be preserved.
- Attach a copy of the photo array to this form and provide the information below, if available.

| Position | Name | NYSID Number | Date of Photo |
|---|---|---|---|
| 1 | SENG, | | 03/17/2019 |
| 2 | GUO, | | 03/12/2019 |
| 3 | ZOU, | | 08/23/2018 |
| 4 | MUN, | | 11/12/2018 |
| 5 | TAHIR, | | 01/06/2019 |
| 6 | ZHENG | | 03/12/2019 |

Suspect's Name: GUO,

Date of Birth: 1997

Suspect's Position in the Photo Array: 2

Was the procedure audio recorded? ☐ Yes ☒ No    If not, state reason: REFUSED

Was any photo altered? ☒ Yes ☐ No

If Yes, which photo? All

Describe alteration: CUT TO FIT PHOTO ARRAY

Comments:
HAND MADE PHOTO ARRAY
DEFT = DMV
REST - PHOTO MUG

Prepared by (Rank, Name Printed): Det. AARON
Tax No. 927834
Cmd. 107
Date Prepared: 3/28/19

D000060