# EXHIBIT K



D000063