# EXHIBIT L



# PHOTO ARRAY PRE-VIEWING INSTRUCTIONS TO WITNESS REPORT
PD 373-112 (Rev. 09-17)

## CASE INFORMATION AND WITNESS INSTRUCTIONS

| Complaint Report No. | Crime Committed | Date of Crime |
|---|---|---|
| 2019-107-1476 | RECKLESS ENDANGERMENT | 03/25/2019 |

**Location of Crime:** 80-00 UTOPIA PARKWAY

| Photo Array Date | Time | Location |
|---|---|---|
| 3/28/19 | 1400 | 80-00 UTOPIA PARKWAY |

**Witness' Name:** ROBERT DISTASIO

**Was Witness Transported:** [ ] Yes [X] No

| Transporting Officer's Rank/Name | Command | Tax No. |
|---|---|---|
| N/A | N/A | N/A |

| Photo Array Administrator's Rank/Name | Command | Tax No. |
|---|---|---|
| Det. Johnston Shawn | 737 | 947782 |

### READ THE FOLLOWING TO THE WITNESS PRIOR TO SHOWING THE PHOTO ARRAY
IF INVESTIGATOR HAS MADE A DETERMINATION THAT AUDIO RECORDING PRESENTS A SAFETY CONCERN, SKIP THE CONSENT QUESTION BELOW AND GO DIRECTLY TO THE SECOND BULLET

- You are about to view a photo identification procedure. If you consent, NYPD guidelines require that this procedure be audio recorded. Do you consent to the audio recording of this procedure? [ ] Yes [X] No  Initial: RD

- As part of the ongoing investigation into a crime that occurred at 80-00 UTOPIA PARKWAY (Location) on 03/25/2019 (Date), you are about to view a photo array.

- It consists of six photographs of individuals. Each photograph has a number underneath the photograph.
- Take whatever time you want to view the photo array.
- The perpetrator may or may not be among the pictures.
- Do not assume that I know who the perpetrator may be.
- Do not ask me or anyone else in the room for guidance during the procedure.
- Individuals presented in the photo array may not appear exactly as they did on the date of the incident because features such as head and facial hair are subject to change.
- Photographs may not always depict the true complexion of a person; it may be lighter or darker than shown in the photo.
- Pay no attention to any markings that may appear on the photos, or any other difference in the type or style of the photographs.
- If you recognize someone, I will ask you to describe how sure you are using your own words, without the use of numbers or percentages. This question is not intended to suggest anything. I ask this question of every witness.
- After you have had an opportunity to view the photo array I will ask you the following three questions:
  1. Do you recognize anyone?    2. If so, what is the number of the person you recognize?
  3. From where do you recognize the person?
  4. Only if you recognize someone, I'm going to ask you to say in your own words how sure you are without using numbers or percentages.
- I may ask you follow-up questions.
- The investigation will continue regardless of whether or not you make an identification.
- Do not discuss with other witnesses what you see, say or do during this procedure.

### WITNESS SIGNATURE:

| The above instructions have been read to me: | [signature] | Date: 3/28/19 |
|---|---|---|

| Prepared by Administrator (Rank, Name Printed) | Tax No. | Cmd. | Date Prepared |
|---|---|---|---|
| Det. Alarcon | 937831 | 107 | 3/28/19 |

D000058