# EXHIBIT M

Case 1:19-cv-05664-RPK-ST Document 87-13 Filed 11/03/21 Page 1 of 2 PageID #: 458



# PHOTO ARRAY VIEWING REPORT
PD 373-154 (Rev. 09-17)

## PART A - SHOWING THE PHOTO ARRAY

| Witness Name | Administrator | Date |
|---|---|---|
| R█████ D█████ | | |

| Interpreter Used? | ☐ Yes  ☒ No | Name of Interpreter: N/A | Command: N/A | Tax No.: N/A |

If Interpreter is Not a Member of the Service, List Name, Address and Telephone No.
N/A

List any Additional Members of the Service Present:

| Rank/Name | Tax No. | Cmd. | Rank/Name | Tax No. | Cmd. |
|---|---|---|---|---|---|
| Det Johnston | 947780 | 337 | | | |

**Instructions to the Administrator Showing the Photo Array:**
- Remain neutral. Do not comment on the identification before, during or after the identification procedure.
- Place the photo array in a closed letter-size manila folder when handing it to the witness.
- Stand out of the witness' line of sight, where practical, but still observe the witness as the witness views the photo array.

## PART B - AFTER THE WITNESS HAS VIEWED THE ARRAY, ASK THESE QUESTIONS

Did you recognize anyone in the photo array? **2**
- If the answer is positive, proceed to the next question.
- If the answer to the preceding question is negative, STOP and go to the signature line.

If so, what is the number of the person that you recognize? **2**

From where do you recognize that person?

*The guy that tried to run me over*

Record words and gestures of the witness:

If the Witness Gives a Vague Answer  (for example: "I think it is..." or "It might be...")
Then say the following:  You said _____
                                        (insert witness' words, e.g., "I think it is...")

What do you mean by that?  (record the witness' answer)

## CONFIDENCE STATEMENT

The following must be read exactly as it appears.

You have just indicated that you have recognized the person in position number ___. I am going to ask you a question. It is not intended to suggest anything. You should not infer anything from it. I ask this question of every witness at this point. In your own words, not using any numbers or percentages, please tell me how sure you are?

Date: 3/28/19   Time: 1400   Witness Signature: [signature]

**FINAL INSTRUCTION TO WITNESS:**
Do not discuss with any other witness what you observed or said during this identification procedure.

| Prepared by Administrator (Rank/Name Printed) | Tax No. | Cmd. | Date Prepared |
|---|---|---|---|
| Dq. Harpse | 927838 | 67 | 3/28/19 |

D000059