# EXHIBIT N

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------x
KEVIN JIANG,


                       Plaintiff,


                              19-cv-05664-MKB-ST
          -against-
BRIANA CORPUZ,
NYPD DETECTIVE CAROLYN CELONA,
ST JOHNS UNIVERSITY,
and UNIDENTIFIED SECURITY OFFICER FROM
ST JOHNS PUBLIC SAFETY,
                       Defendants.
------------------------------------------x

                              LEXITAS - LegalView
                              Via - Zoom
                              November 24, 2020
                              1:01 p.m.


          EXAMINATION BEFORE TRIAL of
Defendant NYPD DETECTIVE CAROLYN CELONA,
pursuant to Notice, before a Notary Public
within and for the State of New York.
```

```
 1                    CELONA
 2   was she the complaining victim or was she the
 3   person being complained about?
 4         A     She was the victim.
 5         Q     Had you ever arrested her?
 6         A     No.
 7         Q     Do you know of her being arrested
 8   at any time?
 9         A     No.
10               MS. SANDFORD:  She can answer.
11         Q     Now I'm going to go right to the
12   incident.  The crime that Kevin Jiang was
13   arrested for happened on March 25, 2019.
14               When is the first time you received
15   any information about this crime?
16         A     On April 4th.
17         Q     And what was the first contact made
18   regarding the crime?
19         A     Clarify that.
20         Q     What was the first contact, who
21   contacted you about the crime?
22         A     Detective Alartosky.
23         Q     Do you know from Alartosky how he
24   found out about the crime?
25         A     He was assigned the case.
```

```
 1                    CELONA
 2       Q     So you didn't catch this case?
 3       A     No.
 4       Q     Do you know why he was assigned
 5  this case?  Was it his turn, was it a thing that
 6  goes in order?
 7             MS. SANDFORD:  Objection. You can
 8       answer.
 9       A     Yes, goes in order.
10       Q     So I represent some detectives and
11  they talked about it's their turn, the next case
12  that comes in the door, they get it. But you
13  turned out to be the arresting officer. Why is
14  that?
15       A     Detective Alartosky, he was
16  unavailable to take the arrest.
17       Q     At any point in time did you speak
18  with Briana Corpuz about this case?
19       A     No.
20       Q     At any point in time did you speak
21  with the complaining victim about this case?
22       A     Yes, I did.
23       Q     And his name is Robert Distasio?
24       A     Yes.
25       Q     And you did and was he called in
```