# EXHIBIT O

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
KEVIN JIANG,

                              PLAINTIFF,

          -against-        Case No.:
                           CV-05664-19

BRIANA CORPUZ, NYPD DETECTIVE CAROLYN
CELONA, ST JOHNS UNIVERSITY, and
UNIDENTIFIED SECURITY OFFICERS FROM ST
JOHNS PUBLIC SAFETY.

                              DEFENDANTS.
------------------------------------------X

             DATE: March 22, 2021
             TIME: 1:01 A.M.


     VIDEO CONFERENCE DEPOSITION of a
Non-Party Witness, DETECTIVE SHAWN
JOHNSTON, taken by the Respective Parties,
pursuant to a Subpoena and to the Federal
Rules of Civil Procedure, before Jennifer
Scirica, a Notary Public of the State of
New York.
```

|   |   |
|---|---|
| 1 | S. JOHNSTON |
| 2 | University, but in the third line for |
| 3 | location, is that location meant to be the |
| 4 | location where the identification took |
| 5 | place? |
| 6 | A.   No, that's most likely a typo, |
| 7 | it should say 71-01 Parson Boulevard which |
| 8 | is the 107th precinct. |
| 9 | Q.   So, you were at the precinct |
| 10 | and you had your recording equipment |
| 11 | readily available to you; is that accurate? |
| 12 | A.   Yes. |
| 13 | Q.   So, given that there was no |
| 14 | audio recording, did you take any steps to |
| 15 | ensure that this process was, you know, |
| 16 | conducted with enough care to make up for |
| 17 | the fact that there was no record? |
| 18 | MS. SANDFORD:  Objection, you |
| 19 | can answer. |
| 20 | A.   I'm sorry? |
| 21 | Q.   I'll rephrase.  This process |
| 22 | was not audio recorded? |
| 23 | A.   Correct. |
| 24 | Q.   Did you take any steps to |
| 25 | ensure that process was followed very |

1        S. JOHNSTON
2   closely given that there was no record
3   being created at the time of the
4   identification?
5        A.   Yeah, I mean, what was done was
6   as far as my involvement with the process
7   would be to make sure that the victim
8   understood the instructions and that I had
9   no prior knowledge or any benefit in the
10  case whether or not he would choose
11  somebody or not choose somebody, so he was
12  separated, he was in an interview room
13  which was separate from the rest of the
14  detectives and squad at that time.  The
15  photo array was handed to me in an envelope
16  and I make sure that, you know, I had made
17  sure that he had read and as I, as he was
18  able to read the instructions and I was
19  able to, you know, produce the instructions
20  verbally to him and make sure that, you
21  know, he understood and his demeanor in his
22  answers as well that what he was about to
23  view was the photo array, um, and as far as
24  that, he was pretty clear in his
25  understanding from what I can recall and,

1  　　　　　　　　S. JOHNSTON
2  you know, unfortunately, I am not aware why
3  he would not want to be audio recorded, you
4  know, that practice was something that was
5  new at the time, but we definitely did have
6  an audio recording device and, you know,
7  explained to him why, you know, prefer him
8  to have an audio recorded response, but he
9  was, you know, wasn't happy with that, he
10 would prefer to just view the photo array
11 at that time.
12 　　　　Q.　　Thank you for that.  If we
13 could scroll down a little bit, please I
14 want to get to the body of these
15 instructions that are being read to the
16 witness on the screen.
17 　　　　　　　So, Detective Johnston, there
18 are a number of instructions here that you
19 are to read to the witness when you are
20 administering this array; is that correct?
21 　　　　A.　　Right.
22 　　　　Q.　　Did you read each and everyone
23 of these to Mr. DiStasio?
24 　　　　A.　　To my understanding, yes.
25 　　　　Q.　　At this point, please if you