# EXHIBIT P

ARREST Report - Q19612842                                                                    Page 1 of 3



# New York City Police Department
## Omniform System - Arrests

| | |
|---|---|
| **RECORD STATUS:** NYSID ENTERED | **Arrest ID:** Q19612842 - M |
| **Arrest Location:** INSIDE OF 71-01 PARSONS BOULEVARD | **Pct:** 107 |

| | | |
|---|---|---|
| **Arrest Date:** 04-04-2019 | Processing Type: **ON LINE** | Current Location of Perpetrator: |
| **Time:** 14:45:00 | DCJS Fax Number: **QO010165** | Borough: **Queens** |
| Sector: **A** | Special Event Code: **0** | Type: **ALL PD LOCATIONS** |
| Strip Search Conducted: **NO** | DAT Number: | Location: **107 PRECINCT** |
| Viper Initiated Arrest: **NO** | ICAD# | |
| Stop And Frisk: **NO** | Return Date: **0000-00-00** | |
| Serial #: **0000-000-00000** | | |

**COMPLAINTS:**                                                                 Arrest #: Q19612842

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2019-107-01476 | 2019-03-25 | Valid, Initial Arrests made | 2019-03-25 | 19:13 |

**CHARGES:**                                                                    Arrest #: Q19612842

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 120.25 | F | D | 1 | RECKLESS ENDANGERMENT-1ST |

| How Arrest came about: | # Injuries: 00 | # Fatalities: 00 | Test Given: | | | | Reason Vehicle Not Forfeit: | |
|---|---|---|---|---|---|---|---|---|
| Blood Specimen Taken: | Blood Specimen Refused: | Urine Specimen Taken: | Urine Specimen Refused: | Oral Fluid Specimen Taken: | Oral Fluid Specimen Refused: | Breath Sample Refused: | Breath Sample Reading: | BrAC: 0.0 |
| Role: **IDTU Technician** | Department: **NYPD** | Tax: **0** | Command: | Shield: **0** | Rank: | Last Name: | First Name: | MI: | IDTU/Blood Case No: |
| Role: **Point Person** | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |
| Role: **Supv in Charge of Checkpoint** | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |

**DETAILS:**                                                                    Arrest #: Q19612842

AT T/P/O THE CV STATED THAT THE SUSPECT WHILE DRIVING A WHITE INFINITE NY PLATE #JEM3529 DID ATTEMPT TO RUN HIM OVER WHILE HE WAS WALKING.

| **DEFENDANT:** JIANG, KEVIN | | **NYSID #:** 14627206P | **Arrest #:** Q19612842 |
|---|---|---|---|

| | | |
|---|---|---|
| Nick/AKA/Maiden: | Height: **5FT 11IN** | Order Of Protection: **NO** |
| Sex: **MALE** | Weight: **130** | Issuing Court: |
| Race: **ASIAN/PAC.ISL** | Eye Color: **BROWN** | Docket #: |
| Age: **21** | Hair Color: **BLACK** | Expiration Date: |
| Date Of Birth: ▮▮▮▮ 1997 | Hair Length: **SHORT** | Relation to Victim: **STRANGER** |
| U.S. Citizen: **YES** | Hair Style: **STRAIGHT** | Living together: **NO** |
| Place Of Birth: **NEW YORK** | Skin Tone: **LIGHT** | Can be Identified: **YES** |
| Is this person not Proficient in English?: **NO** | Complexion: **CLEAR** | |
| If Yes, Indicate Language: | | |
| Accent: **NO** | Soc.Security #: | |
| | Occupation: **NONE** | Gang/Crew Affiliation: **NO** |
| Identification ID: | | Name: |

D000001

| | | | | | | |
|---|---|---|---|---|---|---|
| Identification #: | | | | Identifiers: | | |
| Physical Condition: | **APPARENTLY NORMAL** | Lic/Permit Type: | | | | |
| Drug Used: | **NONE** | Lic/Permit No: | | | | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | STREET | QUEENS | NEW YORK | | | |

Phone # and E-Mail Address:

N.Y.C.H.A. Resident: **NO**   N.Y.C. Housing Employee:   On Duty:
Development:   N.Y.C. Transit Employee:

**Physical Force: NONE**

Gun:
Weapon Used/Possessed: **NONE**     Make:     Recovered:
Non-Firearm Weapon:     Color:     Serial Number Defaced:
Other Weapon Description:     Caliber:     Serial Number:
Type:
Discharged: **NO**

Used Transit System: **NO**
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES - SWEAT / JOGGING CLOTHES - BLACK |
| CLOTHING | OUTERWEAR - WAIST LENGTH JACKET - BLUE |
| CLOTHING | FOOTWEAR - SNEAKERS - BLACK |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | EYEGLASSES |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**JUVENILE DATA:**                                                                   Arrest #: **Q19612842**

Relative Notified:   Personal Recog:
Number Of Priors: **0**       Name:
School Attending:    Phone Called:
Mother's Maiden Name:   Time Notified:

**ASSOCIATED ARRESTS:**                                                              Arrest #: **Q19612842**

ARREST ID   COMPLAINT #

**No Vehicles for Arrest #**

**DEFENDANTS CALLS:**                                                                Arrest #: **Q19612842**

| CALL # | NUMBER DIALED | NAME - PROVIDED BY DEFENDANT | NAME AS LISTED IN CELL PHONE | RELATIONSHIP | CALL COMPLETED |
|---|---|---|---|---|---|
| 1 | - - | REFUSED,REFUSED | REFUSED | | NO |

**INVOICES:**                                                                        Arrest #: **Q19612842**

INVOICE#   COMMAND   PROPERTY TYPE   VALUE

**ARREST RULES:**                                                                    Arrest #: **Q19612842**

ARREST PROCESSING TYPE : O

OFFENCE DATE : 03/25/2019
AGE AT TIME OF OCCURRENCE : 21
AGE BAND : B_RTA_2018
JUV. OFFENDER CHARGE : , IS JUV .OFFENDER : FALSE
JUV. DELINQUENT CHARGE : , IS JUV.DELINQUENT : FALSE
JUV. ADOLESCENT CHARGE : , IS ADOLESCENT : FALSE

| ARRESTING OFFICER: DT3 CAROLYN E CELONA | | Arrest #: Q19612842 | | |
|---|---|---|---|---|
| Tax Number: 902078<br>Other ID (non-NYPD): 902078<br>Shield: 3003<br>Department: NYPD<br>Command: 337 | On Duty: YES<br>In Uniform: YES<br>Squad: A<br>Chart: 08<br>Primary Assignment: INVESTIGATIVE | Force Used: NO<br>Type:<br>Reason:<br>Officer Injured: NO<br>Officer Body Worn Camera: NO<br>TRI Number: 0000-000-00000 Suffix: 0 | | |
| Arresting Officer Name:<br>DT3 CELONA, CAROLYN E | | Tax #:<br>902078 | Command:<br>337 | Agency:<br>NYPD |
| Supervisor Approving:<br>SGT KEHOE CHRISTOP | | Tax #:<br>941992 | Command:<br>337 | Agency:<br>NYPD |
| Report Entered by:<br>DT3 CELONA, CAROLYN | | Tax #:<br>902078 | Command:<br>337 | Agency:<br>NYPD |
| END OF ARREST REPORT<br>Q19612842 | | | | |

Print this Report