# EXHIBIT Q

Case 1:19-cv-05664-RPK-ST    Document 87-17    Filed 11/03/21    Page 1 of 7 PageID #: 473



# QUEENS CRIMINAL COURT

125-01 Queens Boulevard, Kew Gardens, NY 11415
Phone: (718) 298-0792  Fax: (718) 520-2451

**NO FEE**
Non-Public
Version

The People of the State of New York
vs.
**Kevin Jiang**

**Certificate of Disposition**
Docket Number: **CR-011147-19QN**

Defendant DOB: **06/08/1997**

Arrest Date: **04/04/2019**   Arraignment Date: **04/05/2019**

THIS IS TO CERTIFY that the undersigned has examined the files of the **Queens Criminal Court** concerning the above entitled matter and finds the following:

| Count # | Charge | Charge Weight | Disposition | Disposition Date |
|---|---|---|---|---|
| 1 | PL 120.20 AM Reckless Endangerment-2nd **SEALED 160.50** | AM | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 07/11/2019 |

Charge Weight Key: I=Infraction; V=Violation; AM, BM=Class Misdemeanor; UM=Unclassified Misdemeanor; AF, BF, CF, DF, EF=Class Felony

Dated: **February 22, 2021**

**Chief Clerk/Clerk of the Court**

CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL

It shall be an unlawful discriminatory practice, unless specifically required or permitted by statute, for any person, agency, bureau, corporation or association, including the state and any political subdivision thereof, to make any inquiry about, whether in any form of application or otherwise, or to act upon adversely to the individual involved, any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law, in connection with the licensing, employment or providing of credit or insurance to such individual; provided, further, that no person shall be required to divulge information pertaining to any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law. The provisions of this subdivision shall not apply to the licensing activities of governmental bodies in relation to the regulation of guns, firearms and other deadly weapons or in relation to an application for employment as a police officer or peace officer as those terms are defined in subdivisions thirty-three and thirty-four of section 1.20 of the criminal procedure law; provided further that the provisions of this subdivision shall not apply to an application for employment or membership in any law enforcement agency with respect to any arrest or criminal accusation which was followed by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law. [Executive Law § 296 (16)]
Charges may not be the same as the original arrest charges.
CPL 160.50: All official records (excluding published court decisions or opinions or records and briefs on appeal) related to the arrest or prosecution on file with the Division of Criminal Justice Services, any court, police agency or prosecutor's office shall not be available to any person or public or private agency.

**D000139**

ORI No.: NY040033J
Order No.: _____
NYSID No.: _____
Present: Hon __Peterson__

At a term of the CRIMINAL Court, County of Queens,
at the Courthouse at (address) Kew Gardens, State of New York

**ORDER OF PROTECTION**
Non-Family Offense-C.P.L. 530.13
(Not involving victims of domestic violence)
☐ Youthful Offender (check if applicable)

PEOPLE OF THE STATE OF NEW YORK

-against-

KEVIN JIANG
Defendant
Date of Birth: June 08, 1997

Part: AP-2A    Docket No. CR-011147-19QN
Indictment No., if any: _____
Charges: 120.20
(Check one):   ☐ Ex parte
              ☒ Defendant Present in Court

**NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND THEN CONTINUES IN EFFECT UNTIL A NEW DATE SET BY THE COURT.**

☒ **TEMPORARY ORDER OF PROTECTION** - Whereas good cause has been shown for the issuance of a temporary order of protection [as a condition of ☐ recognizance  ☐ release on bail  ☐ adjournment in contemplation of dismissal],
☐ **ORDER OF PROTECTION.** Whereas defendant has been convicted of [specify crime of violation]:

And the Court having made a determination in accordance with section 530.13 of the Criminal Procedure Law, **IT IS HEREBY ORDERED** that the above-named defendant observe the following conditions of behavior:
(Check applicable paragraphs and subparagraphs):

☒ Stay away from and/or from the
  ☒ [name(s) of protected person(s) or witness(es)]:  **ROBERT DISTASIO**
  ☒ home of   **ROBERT DISTASIO**
  ☒ school of   _Subject to incidental_   **ROBERT DISTASIO**
  ☒ business of   **ROBERT DISTASIO**
  ☒ place of employment of   **ROBERT DISTASIO**
  ☒ Do not go within 100 yards of the above-named person(s). You will be in violation of this Order **even if you are invited back into the home.** No third party contact.
  ☐ other _____

**TOP-VACATED**

☒ Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with [specify protected person(s)]:  **ROBERT DISTASIO**

☒ Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats or any criminal offense or interference with the victim or victims of, or designated witnesses to, the alleged offense and such members of the family or household of such victim(s) or witness(es) as shall be specifically named [specify]:  **ROBERT DISTASIO**

☐ Refrain from intentionally injuring or killing without justification the following companion animal(s) (pet(s)) [specify type(s) and, if available, name(s)]: _____

☒ Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to, the following: all firearms and do not obtain any further guns or other firearms. Such surrender shall take place immediately, but no event later than [specify date/time]: _____ at: the local precinct.

☐ Specify other conditions Subject to all **subsequent** Family Court orders of visitation and custody defendant must observe for the purposes of protection: _____

**IT IS FURTHER ORDERED** that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any, pursuant to Penal Law section 400.00, is hereby ☒ suspended or ☒ revoked (Final Order only), and/or ☒ the Defendant shall remain ineligible to receive a firearm license during the period of this order. (Check all applicable boxes). **TOP-VACATED**
NOTE: If this paragraph is checked, a copy of this form must be sent to: New York State Police, Pistol Permit Section, State Campus Building #22, 1220 Washington Avenue, Albany, New York 12226-2252.

**IT IS FURTHER ORDERED** that this order of protection shall remain in force until and including [specify date]: **10-4-19**
If this is a Temporary Order, it shall expire on this date or upon the case's disposition, whichever comes first. Arresting officer should confirm that this Order has not been modified or vacated prior to this date.

DATED: 4/5/2019

_____
JUDGE/JUSTICE
COURT (COURT SEAL)

☒ Defendant advised in Court of issuance and contents of Order.
☒ Order personally served on Defendant in Court _____
                                                  (Defendant's signature)
☐ Order to be served by other means [specify]: _____
☐ Warrant issued for Defendant
☐ ADDITIONAL SERVICE INFORMATION: [specify]: _____

The Criminal Procedure Law provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize, and in some situations may require, such officer to arrest a defendant who has violated its terms and to bring him or her before the Court to face whatever penalties may be imposed therefor.

Federal law provides that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if it is established that the person against whom the order is sought is an intimate partner of the protected party and has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 U.S.C. sections 2265, 2266).

It is a federal offense to:
. cross state lines to violate this or order or to stalk, harass or commit domestic violence against an intimate partner or family member;
. buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect (Note: there is a limited exception for military or law enforcement officers but only while they are on duty); and
. buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even has expired.(18 U.S.C. sections 922(g)(8), 922(g)(9), 2261, 2261A, 2262).

D000140  19612842

# CRIMINAL COURT OF THE CITY OF NEW YORK
## RECORD OF COURT ACTION

| Date | | Present | Absent | Readiness |
|---|---|---|---|---|
| | HOLD _____ | ☑ Defendant<br>☐ Attorney | ☐ Defendant<br>☐ Attorney | ☐ π ready<br>☐ π not ready |
| Part<br>AP-3<br>HON: NEVIN<br>RPT: MATTERS<br>DATE: 5/13-19 | Ø S/D<br>Ø offer | Interpreter | | |
| | | Reason for Adjournment | | |
| Judge | | ☐ S/D<br>☐ OFD/Discovery<br>☐ Possible Disposition<br>☐ Decision | ☐ Hearing<br>☐ Bench Trial<br>☐ Jury Trial<br>☐ Program ____ | |
| | ☐ TOP 10/4/19    Final | AP5    7/11    S/D | | |
| Reporter | PC | Notify | | |
| | Bail Condition          Judge | ☐ Charged<br>☐ Excluded | ☐ Defendant<br>☐ Attorney | ☐ Defendant Excused |

| Date | | Present | Absent | Readiness |
|---|---|---|---|---|
| | HOLD  Palumbo | ☑ Defendant<br>☑ Attorney | ☐ Defendant<br>☐ Attorney | ☐ π ready<br>☐ π not ready |
| Part<br>HON<br>AP-5<br>SMITH<br>HARTMAN<br>7-11-19 | (Dismissed & Sealed<br>CPL 30.30)<br>Vacated | Interpreter | | |
| | | Reason for Adjournment | | |
| Judge | | ☐ S/D<br>☐ OFD/Discovery<br>☐ Possible Disposition<br>☐ Decision | ☐ Hearing<br>☐ Bench Trial<br>☐ Jury Trial<br>☐ Program ____ | |
| Reporter | | Notify | | |
| | Bail Condition          Judge | ☐ Charged<br>☐ Excluded | ☐ Defendant<br>☐ Attorney | ☐ Defendant Excused |

| Date | | Present | Absent | Readiness |
|---|---|---|---|---|
| | HOLD _____ | ☐ Defendant<br>☐ Attorney | ☐ Defendant<br>☐ Attorney | ☐ π ready<br>☐ π not ready |
| Part | | Interpreter | | |
| | | Reason for Adjournment | | |
| Judge | | ☐ S/D<br>☐ OFD/Discovery<br>☐ Possible Disposition<br>☐ Decision | ☐ Hearing<br>☐ Bench Trial<br>☐ Jury Trial<br>☐ Program ____ | |
| | ☐ TOP | | | |
| Reporter | | Notify | | |
| | Bail Condition          Judge | ☐ Charged<br>☐ Excluded | ☐ Defendant<br>☐ Attorney | ☐ Defendant Excused |

| TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL: | TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL: |
|---|---|
| | |

CRC 3031 (04/2012)

D000141



AFFI 886340 881768

Q19612842

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR, COUNTY OF QUEENS

| THE PEOPLE OF THE STATE OF NEW YORK |  CR-011147-19QN |
|---|---|
| V. | |
| KEVIN JIANG (21Y) 14627206P | |
| DEFENDANT | |

DETECTIVE CAROLYN CELONA OF QNS DET AREA 107, TAX REG#: 902078, BEING DULY SWORN, DEPOSES AND SAYS THAT ON OR ABOUT MARCH 25 2019 AT ABOUT 12:00AM, INSIDE OF 80-00 UTOPIA PARKWAY, COUNTY OF QUEENS, STATE OF NEW YORK, THE DEFENDANT COMMITTED THE OFFENSE OF:

PL 120.20 [AM] RECKLESS ENDANGERMENT IN THE SECOND DEGREE - (DNA SAMPLE REQUIRED UPON CONVICTION)

PL 120.20 [AM] RECKLESS ENDANGERMENT IN THE SECOND DEGREE - (DNA SAMPLE REQUIRED UPON CONVICTION)
--- RECKLESSLY ENGAGE IN CONDUCT WHICH CREATED A SUBSTANTIAL RISK OF SERIOUS PHYSICAL INJURY TO ANOTHER PERSON.

THE ABOVE OFFENSE WAS COMMITTED AS FOLLOWS:

DEPONENT STATES THAT SHE IS INFORMED BY THE COMPLAINANT, ROBERT DISTASIO, THAT ON THE ABOVE MENTIONED DATE, TIME, AND PLACE OF OCCURRENCE, HE WAS WALKING THROUGH THE CAMPUS PARKING LOT, WHEN HE OBSERVED THE DEFENDANT, KEVIN JIANG, OPERATING A WHITE INFINITI, BEARING A NEW YORK LICENSE PLATE NUMBER JEM 3529, DRIVE AT A HIGH RATE OF SPEED ALMOST STRIKING THE COMPLAINANT.

DEPONENT IS FURTHER INFORMED BY THE COMPLAINANT THAT HE YELLED AT THE DEFENDANT TO SLOW DOWN.

DEPONENT IS FURTHER INFORMED BY THE COMPLAINANT THAT HE CONTINUED TO GO ACROSS THE CAMPUS AND AS HE WAS CROSSING THE DEFENDANT MADE A WIDE TURN CAUSING THE COMPLAINANT TO JUMP OUT OF THE WAY TO AVOID BEING STRUCK.

DEPONENT FURTHER STATES THAT SHE OBTAINED AND VIEWED VIDEO SURVEILLANCE OF THE ABOVE INCIDENT AND OBSERVED A WHITE MOTOR VEHICLE DRIVE AT A HIGH RATE OF SPEED THROUGH THE SCHOOL CAMPUS ALMOST STRIKE THE COMPLAINANT AND A SHORT TIME LATER AS THE COMPLAINANT IS CROSSING

**D000142**


AFFI|886340|881768

JIANG,KEVIN  Q19612842

SAME SAID VEHICLE MAKES A WIDE TURN ALMOST STRIKING THE COMPLAINANT CAUSING THE COMPLAINANT TO JUMP OUT OF THE WAY.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW

4/4/19    *Carolyn Celony* (signature)
DATE      SIGNATURE

SWORN TO BEFORE ME ON THE
DAY OF

_____
DATE      SIGNATURE

**D000143**

# Criminal Court of the City of New York
## Queens County
### Misdemeanor Complaint

**The People of the State of New York**
vs.
**Defendant:**

1. KEVIN JIANG
   Q19612842    04/04/2019 14:45
   84-15 168 STREET
   QUEENS NY

**Charges:**
(M 21)  PL 120.20

Q19612842

**CR-011147-19QN**

**MISDEMEANOR**

☐ LAS    ☐ QLA    ☐ 18B    ☐ PVT    Name _____

Interpreter: Language _____    Screener: ONEILL, SHANISE - INTAKE

### Notices Served at Arraignment:
☐ CPL 710.30(1)(A) - Statement
☑ CPL 710.30(1)(B) - Identification  *photo array*
☑ CPL 250.20 - Alibi
☐ CPL 240.20 - Discovery
☑ CPL 240.30 - Discovery
☐ PL 450.10(48 hrs /15 days) - Property
☐ CPL 170.20 - Grand Jury
☐ Cross Grand Jury
☐ CPL 370.15 - MCDV
☐ Vienna Convention
☐ OTHER: _____

### Documents:
**Served at Arraignment:** / **Needed For Conversion**
☐ Supporting Deposition/DIR  ☐
☐ DMV Abstract  ☐
☐ Lab Report/ Field Test  ☐
☐ DWI Paperwork  ☐
☐ Underlying T.O.P.  ☐

### Adjournment:  ☐ Assign 18B   ☐ DTROC
Part: **AP5**   Date: **5-15-19 s/d**

### Securing Order:
1. ☑ Release on Recognizance (ROR) **(C)**
2. ☐ Release under Supervision (RUS)
3. _____ Insurance Company Bond
4. _____ Cash
5. _____ Credit Card
6. _____ Bond  ☐ Surety  ☐ Appearance
   ☐ Unsec  ☐ Partial Sec  ☐ Sec

### Reason for Adjournment:
☐ Charged    ☐ Excluded
☐ People Ready
☐ Deemed an Information
☐ ART 730 Exam Ordered
☐ Protective Custody    ☐ Medical Attention
☐ Psychiatric Evaluation    ☐ Suicide Watch
☑ T.O.P. / F.O.P.
☐ License Suspended Pending Prosecution

### Disposition:
☐ ACD - CPL 170.55
☐ ACD - CPL 170.56
☐ Waives Prosecution by Information and Pleads Guilty to PL 240.20/ _____
☐ Investigation & Sentence Ordered
☐ DNA-Eligible Misdemeanor
☐ DNA Sample Taken

### Sentence (or Promise):
_____ days jail
Conditional Discharge:
_____ Days Community Service
_____ Days Jail Alternative
Other: _____
Mandatory Surcharge (and CVAF):
☐ Judgment Entered - All Fees
☐ $200 Misd.   ☐ $120 Viol.   ☐ $88 VTL
☐ $395 VTL1192 Misd.   ☐ $255 VTL1192(1) Infrac.
☐ $50 - DNA Fee

Arresting Officer CAROLYN CELONA    Court Reporter    Date    Part
Notes:    Judge _____ *hp*_____

CRC 3222 (rev. 6/18)

4-5-19  AR1 / AR2A
HON. PETERSON
OCR ~~CAVANAGH~~
     Russillo

**D000144**