UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

KEVIN JIANG,

                              Plaintiff,

            -against-

BRIANA CORPUZ,
NYPD DETECTIVE CAROLYN CELONA,
NYPD DETECTIVE ALARTOSKY,

                              Defendants.

------------------------------------------------------------------------ x

**DEFENDANTS CELONA'S AND ALARTOSKY'S STATEMENT PURSUANT TO LOCAL RULE 56.1**

19-CV-05664 (RPK)(ST)

        Defendants, Carolyn Celona s/h/a NYPD DETECTIVE CAROLYN CELONA, and Robert Alartosky s/h/a NYPD DETECTIVE ALARTOSKY, for their statement pursuant to Local Civil Rule 56.1, for purposes of this summary judgment motion contend that there is no genuine issue of material fact as to the following:

        1.     On March 26, 2019, at approximately 7:00 p.m., Robert Distasio ("the Complaining Victim"), reported to the St. John's University Public Safety Office that, while he was walking on campus, a small white car with New York State License Plate No. JEM3529 drove toward him at a high rate of speed and almost hit him. See Second Amended Complaint ("SAC"), annexed to Sandford Decl. as Exhibit A ("Ex. A"); St. John's University Incident Tracking Report, annexed to the Declaration of LaDonna S. Sandford, dated September 20, 2021 ("Sandford Decl.") as Exhibit B ("Ex. C"); New York City Police Department ("NYPD") Complaint Report, annexed to Sandford Decl. as Exhibit C ("Ex. C");.

        2.     The Complaining Victim described the driver of the vehicle as an Asian male. See Excerpts from transcript of deposition of nonparty Robert Distasio ("the Complaining

Victim") ("Complaining Victim Dep."), annexed to Sandford Decl. as Exhibit D ("Ex. D"), at 39:7-22; Ex. C.

3. The St. John's University Public Safety Office learned that the vehicle's license plate was registered to a student named Briana Corpuz ("Corpuz"). See Ex. B.

4. The NYPD was subsequently notified and a Complaint Report was prepared by Police Officer Christopher Conaghan ("Officer Conaghan"). See Ex. B; Ex. C.

5. Officer Conaghan contacted Corpuz to inquire about who was driving her car on campus on that date, and Corpuz informed Officer Conaghan that Kevin Jiang ("Plaintiff") was driving her car. See Ex. A; Ex. B; Ex. C; Screenshot of text messages between Corpuz and Officer Conaghan ("Text Messages"), annexed to Sandford Decl. as Exhibit E ("Ex. E"); and excerpts from transcript of deposition of Defendant Briana Corpuz ("Corpuz Dep."), annexed to Sandford Decl. as Exhibit F ("Ex. F"), at 56:3-57:12, 57:21-58:6.

6. Corpuz contacted Plaintiff and informed him she was going to create a false story that she had loaned Plaintiff her car on that same date when, in fact, she had loaned the car to her boyfriend. See Excerpts from transcript of deposition of Plaintiff ("Plaintiff Dep."), annexed to Sandford Decl. as Exhibit G ("Ex. G"), at 43:19-44:3; Ex. F, at 23:8-20.

7. Corpuz's boyfriend, who was driving her car on March 26, 2019, was banned from the St. John's campus at the time. Id.

8. Plaintiff is a Chinese American male in his twenties. See Plaintiff Dep., Ex. G, at 14:6-15.

9. Detective Robert Alartosky ("Defendant Alartosky"), of the NYPD's 107th Precinct Detective Squad ("Det. Squad") was assigned to investigate the incident. See

Excerpts from transcript of deposition of Robert Alartosky ("Alartosky Dep."), annexed to Sandford Decl. as Exhibit H ("Ex. H"), at 10:21-11:6.

10. Defendant Alartosky's investigation included, *inter alia*, reviewing the Complaint Report, and obtaining video footage from St. John's University Public Safety Office. See Index Sheet for the Investigative File of NYPD Complaint No. 2019-107-001476, annexed to Sandford Decl. as Exhibit I ("Ex. I").

11. Defendant Alartosky also interviewed the Complaining Victim, and had no reason to doubt the truthfulness of his statements. See Alartosky Dep., Ex. H, at 61:23-62:19.

12. Defendant Alartosky also obtained a photograph of Plaintiff from the New York State Department of Motor Vehicles ("DMV"). See Id; Alartosky Dep., Ex. H, at 52:22-53:4.

13. Defendant Alartosky used the DMV photograph of Plaintiff to assemble a photo array of six possible suspects, all Asian males appearing to be in their twenties. See Alartosky Dep., Ex. H, at 52:10-54:24; NYPD Photo Array Information Report, annexed to Sandford Decl. as Exhibit J ("Ex. J"); NYPD Photo Array, annexed to Sandford Decl. as Exhibit K ("Ex. K").

14. On March 28, 2019, Defendant Alartoksy asked a colleague, Detective Shawn Johnston ("Detective Johnston"), to show the photo array to the Complaining Victim. See Alartosky Dep., Ex. H, at 31:17-24; Photo Array Pre-Viewing Instructions to Witness Report, annexed to Sandford Decl. as Exhibit L ("Ex. L"); Photo Array Viewing Report, annexed to Sandford Decl. as Exhibit M ("Ex. M").

15. Detective Johnston read the instructions to the Complaining Victim and indicated, among other things, to "[p]ay no attention to any markings that may appear on the

photos or any other difference in the type or style of the photographs." See Ex. L; Excerpts from transcript of deposition of Shawn Johnston ("Johnston Dep."), annexed to Sandford Decl. as Exhibit N ("Ex. N"), at 11:24-13:11.

16. The Complaining Victim signed the report indicating that the instructions were read to him. See Ex. L; Complaining Victim Dep., Ex. D, at 42:18-25.

17. The Complaining Victim identified Plaintiff, in spot number two, as the male who tried to run him over with his vehicle on March 26, 2019. See Ex. M; Ex. K; Complaining Victim Dep., Ex. D, at 42:10:17.

18. Based on the identification of Plaintiff by the Complaining Victim, Defendant Alartosky initiated an I-Card for Plaintiff's arrest. See Alartosky Dep., Ex. H, at 63:12-64:2.

19. On April 4, 2019, Detective Carolyn Celona ("Defendant Celona") arrested Plaintiff on St. John's University Campus. See Excerpts from transcript of deposition of Carolyn Celona ("Celona Dep."), annexed to Sandford Decl. as Exhibit O ("Ex. O"), at 10:15-11:16; NYPD Arrest Report, annexed to Sandford Decl. as Exhibit P ("Ex. P").

20. The Queens County District Attorney's Office charged Plaintiff with violating New York Penal Law § 120.20, Reckless Endangerment in the Second Degree. See Queens County Criminal Court File, annexed to Sandford Decl. as Exhibit Q ("Ex. Q").

21. On July 11, 2019, the criminal charges brought against Plaintiff were dismissed on motion of the Queens County District Attorney's Office pursuant to New York Criminal Procedure Law § 30.30 (*i.e.* speedy trial provisions). Id.

Dated: New York, New York
September 20, 2021

                GEORGIA M. PESTANA
                Corporation Counsel of the City of New York
                *Attorney for Defendants Celona and Alartosky*
                100 Church Street
                New York, New York 10007

By:   *Bilal Haider* /s
      Bilal Haider
      Senior Counsel
      Special Federal Litigation Division
      (212) 356-3549
      bhaider@law.nyc.gov

CC: **VIA FIRST-CLASS MAIL & E-MAIL**
      Fred Lichtmacher
      *Attorney for Plaintiff*
      116 West 23rd Street, Floor 5
      New York, New York 10011
      212-922-9066
      Fax: 212-922-9077
      Email: empirestatt@aol.com

      Steven M. Warshawsky
      *Attorney for Defendant Briana Corpuz*
      Law Firm of Steven M. Warshawsky
      100 South Bedford Road, Suite 340
      Mount Kisco, New York 10549
      914-514-2329
      Email: smw@warshawskylawfirm.com